___ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

# UNITED STATES DISTRICT COURT
for the
District of Maryland

MAR 06 2014

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>1802 Loch Shiel Road Parkville, Maryland 21234 and all computers and electronic storage media found therein | ) ) ) ) ) ) Case No. **14-0446 SKG** |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

Please see Attachment A

located in the _____ District of _____ Maryland _____, there is now concealed *(identify the person or describe the property to be seized):*

Please see Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1028A | Aggravated Identify Theft |
| 42 U.S.C. § 408(a)(7)(c) | Social Security Fraud |
| 18 U.S.C. §§ 1343, 1349 | Wired Fraud, Conspiracy to Commit Wire Fraud |

The application is based on these facts:

☐ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

M. DiPaola   S/A
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 7/19/14

_____
*Judge's signature*

City and state: Baltimore, Maryland

Susan K. Gauvey, U.S. Magistrate Judge
*Printed name and title*